**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**ROOSEVELT ALLEN DOUGLAS II**
_________________________________/

**SEALED**
**<u>INDICTMENT</u>**
1:26CR23 AW/ML

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about April 24, 2023, in the Northern District of Florida, the defendant,

**ROOSEVELT ALLEN DOUGLAS II,**

did knowingly access with intent to view, and attempt to access with intent to view, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and which had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

FILED USDC FLND GV
JUN 23 '26 PM12:00

## COUNT TWO

On or about April 24, 2023, in the Northern District of Florida, the defendant,

**ROOSEVELT ALLEN DOUGLAS II,**

did knowingly receive, and attempt to receive, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT THREE

On or about May 4, 2023, in the Northern District of Florida, the defendant,

**ROOSEVELT ALLEN DOUGLAS II,**

did knowingly receive, and attempt to receive, material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

**COUNT FOUR**

On or about July 29, 2023, in the Northern District of Florida, the defendant,

**ROOSEVELT ALLEN DOUGLAS II,**

did knowingly attempt to receive material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

**COUNT FIVE**

Between on or about April 24, 2023, and on or about January 28, 2025, in the Northern District of Florida, the defendant,

**ROOSEVELT ALLEN DOUGLAS II,**

did knowingly possess material containing child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and which had been produced using materials that had been

mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the violations charged in Counts One through Five of this Indictment, punishable by imprisonment for more than one year, the defendant,

**ROOSEVELT ALLEN DOUGLAS II,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

(A) Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(B) Any property, real or personal, constituting or traceable to gross

profits or other proceeds obtained from such offense; and

(C) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

The property to be forfeited includes, but is not limited to, a Dell Inspiron P98F Laptop and a Samsung Galaxy S24 Ultra Smartphone seized from **ROOSEVELT ALLEN DOUGLAS II** on or about January 28, 2025.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

i. cannot be located upon the exercise of due diligence;

ii. has been transferred, sold to, or deposited with a third party;

iii. has been placed beyond the jurisdiction of this Court;

iv. has been substantially diminished in value; or

v. has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any

other property of the defendant up to the value of any forfeitable property described above.

A TRUE BILL:

[redacted]

6/23/2026
DATE

JOHN P. HEEKIN
United States Attorney

ADAM HAPNER
Assistant United States Attorney